UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN, Plaintiff, v. DISTRICT ATTORNEY'S OFFICE SACRAMENTO COUNTY, Defendant. | No. 2:25-cv-0236-DC-AC (PC) <br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br> (ECF Nos. 3, 6) |

Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2025, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 3. Plaintiff has filed objections to the findings and recommendations. ECF No. 5. However, in his objections, Plaintiff does not dispute that he has previously brought at least four actions that have been dismissed by the court and qualify as strikes under the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915(g). Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is DENIED;
3. Plaintiff shall pay the entire $405.00 in required fees within thirty days of the date of entry of this order;
4. Plaintiff is cautioned that his failure to pay the filing fee as ordered may result in dismissal of this action; and
5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **August 14, 2026**

Dena Coggins
United States District Judge